IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01442-RPM

LAURA GAY TEDDER-MCKAY,

       Plaintiff,

v.

GRW CORPORATION, a Tennessee corporation,
RICK SOARS, in his individual and official capacity, and
JERRY BALDWIN, in his individual and official capcity,

       Defendants.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

       Upon consideration of the Motion to Amend Verified Complaint, filed August 30, 2005, it is

       ORDERED that the motion is granted and the Amended Complaint tendered therewith is ordered filed.

       DATED: August 31, 2005.

                                BY THE COURT:

                                s/ Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge