IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-1442-RPM-MJW

**Plaintiff**
LAURA GAY TEDDER-MCKAY,

v.

**Defendants**
GRW CORPORATION, a Tennessee corporation,
THE STATE OF COLORADO, DEPARTMENT OF CORRECTIONS,
THE CITY OF BRUSH, and
JERRY BALDWIN, an employee thereof,

_____

**ORDER RE:  UNOPPOSED MOTION TO DISMISS, WITHOUT PREJUDICE, DEFENDANTS THE STATE OF COLORADO, DEPARTMENT OF CORRECTIONS AND THE CITY OF BRUSH**
_____

THIS COURT having fully reviewed Plaintiff's Unopposed Motion to Dismiss, without Prejudice, Defendants the State of Colorado, Department of Corrections and the City of Brush

HEREBY GRANTS Plaintiff's Unopposed Motion to Dismiss, without Prejudice, Defendants the State of Colorado, Department of Corrections, and the City of Brush.

DATED this 31st day of August, 2005.

BY THE COURT:

s/ Richard P. Matsch

_____
Senior U.S. District Court Judge
Richard P. Matsch