IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01442-RPM

LAURA GAY TEDDER-MCKAY,

       Plaintiff,

v.

GRW CORPORATION, a Tennessee corporation,
RICK SOARS, in his individual and official capacity, and
JERRY BALDWIN, in his individual and official capacity,

       Defendants.

_____

ORDER AMENDING SCHEDULING ORDER
_____

On March 8, 2006, the plaintiff filed a motion to amend the scheduling order to extend the discovery cut-off date to July 14, 2006. The defendants filed responses opposing the motion and the plaintiff filed a reply on March 24, 2006. Because the plaintiff has shown good cause to support the motion and the delay will provide an opportunity to obtain information from non-parties, it is

ORDERED that the motion is granted and the scheduling order is amended to extend the discovery cut-off to July 14, 2006, and it is

FURTHER ORDERED that the deadline for filing dispositive motions is extended to August 14, 2006.

DATED: March 27th, 2006

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge