IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01442-RPM

LAURA GAY TEDDER-MCKAY,

       Plaintiff,

v.

GRW CORPORATION, a Tennessee corporation,
RICK SOARS, in his individual and official capacity, and
JERRY BALDWIN, in his individual and official capacity,

       Defendants.
_____

ORDER ON MOTION FOR PROTECTIVE ORDER
_____

On May 10, 2006, Larry Frese and Dennis Hougnan of the Colorado Department of Corrections filed a motion for a protective order regarding their depositions and returns on subpoena duces tecum set for May 12, 2006.  The motion does not seek a continuance of the depositions or a quashing of the subpoenas.  The purpose of the motion is to protect confidentiality of certain matters which the movants claim to be under their legal obligation not to divulge.  Upon the understanding that if there is an issue with respect to the redactions the appropriate procedure will be for the plaintiff to file a motion to compel and the Court will then take appropriate action.  It is therefore

ORDERED that no ruling nor hearing will be made on the motion for protective

order and the depositions shall go forward as scheduled.

DATED: May 11th, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge