IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01442-RPM

LAURA GAY TEDDER-MCKAY,

        Plaintiff,

v.

GRW CORPORATION, a Tennessee corporation,
RICK SOARS, in his individual and official capacity, and
JERRY BALDWIN, in his individual and official capacity,

        Defendants.
_____

ORDER DENYING MOTION TO CONSOLIDATE
_____

On May 10, 2006, the plaintiff filed a motion to consolidate this civil action with Civil Action Number 05-cv-02541-WYD-MEH.  The Court has reviewed the complaint in that action and the docket sheets indicating that the complaint in that action was filed on December 14, 2005, naming defendants who are not parties in this civil action and including claims which are different from the claims of the plaintiff Laura Gay Tedder-McKay.  Additionally, the procedural course of Civil Action 05-cv-02541 is under the direction of Magistrate Judge Michael E. Hegarty and that the case is scheduled for a scheduling conference before the Magistrate Judge on June 27, 2006, at 9:30 a.m.  This civil action would be substantially delayed by the consolidation with that action and the issues in the two cases are not sufficiently common to warrant a consolidation.  It is therefore

ORDERED that the motion to consolidate is denied.

DATED: May 11th , 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge