IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1442-RPM-MJW

LAURA GAY TEDDER-MCKAY,

    Plaintiff,

v.

GRW CORPORATION, a Tennessee corporation;
RICK SOARS, in his individual and official capacity; and
JERRY BALDWIN, in his individual and official capacity,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Joint Stipulated Motion to Dismiss with Prejudice (Doc. ___ - filed November 22, 2006), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay her, his or its own fees and costs, including attorney fees.

DATED: November 22nd, 2006

                BY THE COURT:

                s/Richard P. Matsch

                UNITED STATES DISTRICT COURT JUDGE